19 A.3d 982

IN THE MATTER OF TERENCE S. BRADY, AN ATTORNEY
AT LAW (ATTORNEY NO. 008541988).

June 6, 2011.

**ORDER**

The Office of Attorney Ethics having filed with the Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, a petition seeking the immediate temporary suspension of **TERENCE S. BRADY** of **MOUNT HOLLY,** who was admitted to the bar of this State in 1988, and good cause appearing;

It is ORDERED that **TERENCE S. BRADY** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that the Attorney Trustee appointed for the protection of the assets and files of the law practice of **TERENCE S. BRADY,** shall make the appropriate disbursements from respondent's accounts to those clients and other persons whose funds can be identified, and at the conclusion of the trusteeship, the funds remaining, if any, shall be transferred to the Superior Court Trust Fund, where they shall remain restrained from disbursement pending the further Order of the Court, for good cause shown; and it is further

ORDERED that **TERENCE S. BRADY** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **TERENCE S. BRADY** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.